Daniel F. Fears, State Bar No. 110573
dff@paynefears.com
Andrew K. Haeffele, State Bar No. 258992
akh@paynefears.com
Leilani E. Jones, State Bar No. 298896
llj@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile:  (949) 851-1212

Attorneys for Defendants LONGS DRUG STORES CALIFORNIA, LLC and CVS PHARMACY, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO

| | |
|---|---|
| EVANGELINE STARR-DE BIASI,<br><br>Plaintiff,<br><br>v.<br><br>LONGS DRUG STORES CALIFORNIA, LLC; CVS PHARMACY, INC., and DOES 1 through 5, inclusive,<br><br>Defendants. | Case No.  2:21-cv-00907-MCE-KJN<br><br>**Hon. Morrison C. England, Jr.**<br><br>**ORDER ON JOINT STIPULATION TO STAY ACTION AND TRANSFER MATTER TO BINDING ARBITRATION**<br><br>Trial Date:       None Set |

**ORDER**

Based on the Stipulation of the Parties, dated June 23, 2021, and good cause appearing, it is therefore ordered that:

1. All causes of action in Plaintiff's Complaint be submitted to binding arbitration;
2. This action is hereby stayed pending completion of said arbitration; and
3. The Court shall retain jurisdiction to the extent allowed under federal law.

IT IS SO ORDERED.

Dated: July 1, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100